IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ADVANCED TRANSACTIONS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **FIESTA MART LLC, BODEGA LATINA CORPORATION dba EL SUPER, SMART & FINAL HOLDINGS, INC., SMART & FINAL STORES LLC, CHEDRAUI USA, INC., and GRUPO COMERCIAL CHEDRAUI, S.A.B. de C.V.**, <br><br> Defendants. | **Case No. 6:22-cv-00563-ADA-DTG** <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Advanced Transactions, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all of the claims asserted against Defendants Fiesta Mart LLC, Bodega Latina Corporation dba El Super, Smart & Final Holdings, Inc., Smart & Final Stores LLC, Chedraui USA, Inc., and Grupo Comercial Chedraui, S.A.B. de C.V. in the within action **WITH PREJUDICE** with each party bearing their own costs and fees. Defendants have not served an answer or a motion for summary judgment.

Dated: September 2, 2022               Respectfully submitted,

                                                      */s/ Zachary H. Ellis*
                                                      Zachary H. Ellis*
                                                      Texas State Bar No. 24122606
                                                      zellis@daignaultiyer.com

Tel: 512-829-7992

*Of Counsel:*
Ronald M. Daignault (*pro hac vice* to be filed)*
Chandran B. Iyer (*pro hac vice* to be filed)
Oded Burger (*pro hac vice* to be filed)*
Tedd W. Van Buskirk (*pro hac vice* to be filed)*
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
oburger@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
**DAIGNAULT IYER LLP**
8618 Westwood Center Drive - Suite 150
Vienna, VA 22182

*Attorneys for Plaintiff Advanced Transactions LLC.*


*Not admitted to practice in Virginia